AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

ANA R. RIOS,
    Plaintiff

v.

COMMONWEALTH RECEIVABLES, INC.
and CHAD E. GOLDSTONE,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05cv10906 REK**

TO: (Name and address of defendant)

Commonwealth Receivables, Inc.
1 Brook Street
Watertown, MA 02472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    5-3-05
CLERK                                                DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other _____

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

July 13, 2005

I hereby certify and return that on 7/11/2005 at 2:00PM I served a true and attested copy of the SUMMONS AND COMPLAINT AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to JEFF GRIFFIN, agent, person in charge at the time of service for COMMONWEALTH RECEIVABLES, INC., at , 1 BROOK Street, WATERTOWN, MA 02172. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($4.48) Total Charges $41.68

*John F. Kennedy*

Deputy Sheriff

_____
Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.