

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

August 17, 2005

TO: **United State District Court**
RE: **Civil No. 05-10906 REK**

I, *William Francis Galvin, Secretary of the Commonwealth*, do hereby certify that I have complied with section 5 of Chapter 227 of the Massachusetts General Laws, by forwarding on: July 19, 2005

to:  Chad E. Goldstone President
Commonwealth Receivables, Inc.
2040 Lake Shore Landing
Alpharetta, GA 01701

by certified mail, return receipt requested, a copy of a Complaint issued by the above named court in the case of:

**Ana R Rios**
v.
**Commonwealth Receivables, Inc. and Chad E. Goldstone**

The undelivered copy is attached hereto:

In witness whereof, I have hereunto set my hand at Boston, this 17th day of August 2005

**WILLIAM FRANCIS GALVIN
SECRETARY OF THE
COMMONWEALTH**

One Ashburton Place, 17th Floor · Boston, Massachusetts 02108 · (617) 727-0104
www.state.ma.us/sec/cor



## The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

July 19, 2005

Chad E. Goldstone, President
Commonwealth Receivables, Inc.
2040 Lake Shore Landing
Alpharetta, GA 01701

I, *William Francis Galvin, Secretary of the Commonwealth of Massachusetts,* do hereby forward by certified mail, pursuant to Massachusetts General Laws, chapter 227, section 5, legal process against the above named Partnership

**Ana R Rios**
v
**Commonwealth Receivables, Inc. and Chad E. Goldstone**

Copy of legal process attached hereto.

*[signature]*

**WILLIAM FRANCIS GALVIN
SECRETARY OF THE
COMMONWEALTH**

One Ashburton Place, 17th Floor · Boston, Massachusetts 02108 · (617) 727-0104
www.state.ma.us/sec/cor